Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
Miles Pope
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone:   (208) 331-5500
Facsimile:    (208) 331-5525

Attorneys for
SERGIO MIRAMONTES-MALDONADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR19-060-S-BLW |
| | ) | |
| Plaintiff, | ) | **Notice of Appeal** |
| | ) | |
| vs. | ) | |
| | ) | |
| SERGIO MIRAMONTES-MALDONADO, | ) | |
| | ) | |
| Defendant. | ) | |

Sergio Miramontes-Maldonado hereby gives notice that he appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment and Conviction entered in this prosecution on August 27, 2020, the Honorable B. Lynn Winmill, U.S. District Judge, presiding.

Notice of Appeal               -1-

Defendant is incarcerated, does not have the financial means to hire an attorney or pay any fees which may be assessed for the filing of this appeal. Defendant appeared before the District Court with Court appointed counsel. Defendant's financial status warrants appointment of counsel on appeal. The Federal Defender Services of Idaho represented Defendant before the District Court and, provided the appointment is justified, will continue to represent Defendant upon appeal.

Assistant U.S. Attorney Kate Horwitz, 1290 W. Myrtle Street, Suite 500, Boise, ID 83702, represented the United States in these proceedings.

Dated: August 27, 2020

Respectfully submitted,
SAMUEL RICHARD RUBIN
FEDERAL PUBLIC DEFENDER
By:

/s/ Miles Pope
Miles Pope
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Sergio Miramontes-Maldonado

CERTIFICATE OF SERVICE

  I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 27th day of August, 2020

| | |
|---|---|
| Kate Horwitz, Assistant U.S. Attorney<br>Office of the United States Attorney<br>Washington Group Plaza, IV<br>800 Park Blvd, Suite 600<br>Boise, ID 83712<br>Kate.Horwitz@usdoj.gov | \_\_\_\_ Hand Delivery<br>\_\_\_\_ United States Mail<br>\_X\_ CM/ECF Filing<br>\_\_\_\_ Email Transmission |

Dated: August 27, 2020   /s/ Joy Fish
              Joy Fish

Notice of Appeal       -3-