FILED

NOV 22 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. SERGIO MIRAMONTES-MALDONADO, Defendant-Appellant. | No. 20-30178 D.C. Nos. 1:19-cr-00060-BLW-1 1:19-cr-00060-BLW District of Idaho, Boise ORDER |

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. Therefore, this case is submitted on the briefs and record, without oral argument on December 6, 2021 in Seattle, Washington. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7